IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLOS ORTIZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-29-JJF ) |
| WARDEN THOMAS L. CARROLL, et al., | ) ) ) |
| Defendants. | ) ) |

### O R D E R

WHEREAS, Plaintiff Carlos Ortiz filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed in forma pauperis, and on February 7, 2007, entered an Order requiring Plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 4);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this 30 day of March, 2007, IT IS HEREBY ORDERED that the Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is not required to pay the $350.00 filing fee owed. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

UNITED STATES DISTRICT JUDGE