In the United States District Court
For the District of Delaware

Carlos Ortiz,
Plaintiff,

v.

Warden Thomas L. Carroll, et al.,
Defendants.

Civil Action No. 07-29-JJF

FILED
APR 9 - 2007

Dear Court,

Please consider this letter as my request to have the above captioned matter reopened on the following grounds:

1. On February 7, 2007, this Honorable Court [granted] leave to proceed in forma pauperis, and ordered the Plaintiff to complete and return an authorization form within 30 days or the case would be dismissed.

2. On March 30, 2007, this Court ordered this case to be dismissed without prejudice, relinquishing the Plaintiff of filing fee charges.

3. The Plaintiff reminds respectfully the Court that he is an incarcerated inmate, and withdraws of funds from his inmate account is handled by the institutions Business Office.

4. On or about February 10, 2007, the Plaintiff did sign and forwarded the Court's authorization form to the Business Office as required by him.

Therefore, the Plaintiff states that he is not responsible for the lax implementation of the withdrawl of funds from his account, and ask the Court to reopen this case due to the circumstances not related to him.

Date: April 5, 2007

Carlos Ortiz
Delaware Correctional Center
Smyrna, Delaware 19977

## Certificate Of Service

I, Carlos Ortiz, hereby certify under oath that I have caused service of this Letter Of Reconsideration upon the following:

To. Office of the Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

By Placing same in sealed envelopes and depositing in the United States Mail at the Delaware Correctional Center, Smyrna, Delaware 19977.

Date: April 5, 2007

Carlos Ortiz
Delaware Correctional Center
Smyrna, Delaware 19977

I/M Carlos Ortiz, Jr.
SBI# 485168  UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware 19801-3570